Decision Per Curiam.

---

William B. Henderson, Appellant, vs. Milo Andrews and George W. Franklin, Appellees.

Appeal from Circuit Court, Hilsborough county; Joseph B. Wall, Judge.

*Barron Phillips* (with whom was *W. B. Miranda*), for Apellant.

*Peter O. Knight, Wall & Hampton* (with whom was *E. H. Myers*), for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. Appeal dismissed on motion of counsel for appellees.

Decision Per Curiam.